# 13-31302

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 SECTION "J" |
| This Document Relates To: 12-970 | * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF APPEAL

Notice is hereby given that BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP"), defendants in Bon Secour Fisheries Inc., et al. v. BP Exploration & Production Inc., et al., No. 12-970, appeal to the United States Court of Appeals for the Fifth Circuit from the district court's denial of judicial review of Claim ID XXX948 (L.A.), as reflected in the Denial of Request for Discretionary Court Review Notice dated September 4, 2013 and attached (in redacted form) to this Notice of Appeal.

December 16, 2013

Respectfully submitted,

  /s/ Kevin M. Downey
Kevin M. Downey
F. Lane Heard III
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX 77079
Telephone: (281) 366-2000
Telefax: (312) 862-2200

  /s/ Don K. Haycraft
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000

| | |
|---|---|
| Telefax: (202) 942-5999 | Telephone: (504) 581-7979 |
| | Telefax: (504) 556-4108 |
| Robert C. "Mike" Brock | |
| COVINGTON & BURLING LLP | Richard C. Godfrey, P.C. |
| 1201 Pennsylvania Avenue, NW | J. Andrew Langan, P.C. |
| Washington, DC 20004 | David J. Zott, P.C. |
| Telephone: (202) 662-5985 | Jeffrey J. Zeiger |
| Telefax: (202) 662-6291 | Wendy L. Bloom |
| | KIRKLAND & ELLIS LLP |
| Jeffrey Lennard | 300 North LaSalle Street |
| Keith Moskowitz | Chicago, IL 60654 |
| SNR DENTON | Telephone: (312) 862-2000 |
| 233 South Wacker Drive | Telefax: (312) 862-2200 |
| Suite 7800 | |
| Chicago, IL 60606 | Jeffrey Bossert Clark |
| Telephone: (312) 876-8000 | Steven A. Myers |
| Telefax: (312) 876-7934 | KIRKLAND & ELLIS LLP |
| | 655 Fifteenth Street, N.W. |
| ***OF COUNSEL*** | Washington, D.C. 20005 |
| | Telephone: (202) 879-5000 |
| | Telefax: (202) 879-5200 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of December, 2013. In addition, I hereby certify that the above and foregoing pleading has been served by mail on Michael J. Ecuyer, counsel for claimant in Claim ID XXX948, at 1100 Poydras Street, 2800 Energy Centre, New Orleans, LA 70163, on said date.

/s/ Don K. Haycraft
Don K. Haycraft

**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# DENIAL OF REQUEST FOR DISCRETIONARY COURT REVIEW NOTICE

**DATE OF NOTICE:** September 4, 2013

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business ███████████ | First | Middle |
| **Claimant ID** | ███████ | **Claim ID** | ███948 |
| **Claim Type** | Business Economic Loss | | |
| **Law Firm** | Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | | |

## II. DENIAL OF REQUEST FOR DISCRETIONARY REVIEW BY THE COURT

The Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP requires the Claims Administrator to designate an Appeals Coordinator to coordinate the Appeals Process. This notice is an official communication from the Appeals Coordinator and relates to the claim identified in Section I.

Claimant, BP, or Class Counsel submitted a Request for Discretionary Review by the Court ("Request"). The opposing party may have submitted an Objection to Request for Discretionary Review by the Court ("Objection"). The Appeals Coordinator forwarded the Request and the Objection (if any) to the United States District Court for the Eastern District of Louisiana ("Court"). The Court denied the Request for Discretionary Review.

The Claims Administrator will process your claim according to the Notice of Appeal Panel Decision.

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

For questions about this Notice of Denial of Request for Discretionary Review by the Court or the status of your other claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You may also visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**